# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 07-3835 PAM-JSM

| | |
|---|---|
| Theresa Mozey,<br><br>Plaintiff,<br>v.<br><br>Anderson, Crenshaw & Associates, L.L.C., Raymond Doe, and Darren Radcliff,<br><br>            Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February  20 , 2009        s/Paul A. Magnuson
                                  JUDGE PAUL A. MAGNUSON
                                  United States District Court